**BARBARA S. SCHWARTZ, ESQ.**
10 Stonehedge Court
Warren, New Jersey 07059
Tel: 732 8681739 Fax: 732 8681740 Cell: 908 963 9921
Email: BsSchw9211@yahoo.com

October 8, 2010
FAX: 609 989 0451
Magistrate Judge Douglas E. Arpert
United States District Court
District of New Jersey
Clarkson S. Fisher Federal Bldg.
& U.S. Courthouse
402 E. State St.
Trenton, New Jersey 08608

Faxed to: 973 267-6442 and R. Mail
Ms. Lorraine M. Armenti
350 Mount Kemble Avenue
Morristown, New Jersey 07962
Phone: 973-267-0058
Fax:   973-267-6442

RE: Arrowood Indemnity Company v. Metallo Gasket Company
    Case No. 3:09-cv-4814, REQUEST FOR AN EXTENSION OF TIME
TO FILE DISCOVERY DUE OCTOBER 22, 2010.

Dear Judge Douglas Arpert:

Please be advised that I represent Metallo Gasket Company, in the above captioned matter. Due to medical surgery and a needed recovery period, I require additional time to file my request for discovery and respectfully request a <u>two-week extension till October 22, 2010.</u> Discovery by Defendant is presently due today. I have filed an Answer in Compliance with the scheduling Order; however, I do need the required extension.

Thank you for your kind courtesies in this matter.

Sincerely yours,
Barbara Schwartz, Esq.

Bss
CC: Frederic Haleluk, Ms. Armenti

So Ordered this 8th day of October, 2010
Douglas E. Arpert, U.S.M.J.